# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**BENJAMIN SEEGARS**

                V.                      **CASE NUMBER: 5:04-CV-529(NAM/GHL)**

**McKEE FOODS**

**[ ]**         **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**       **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue dated October 24, 2005, dismissing the complaint without prejudice.

DATED:     October 24, 2005

                                                      */s/ Lawrence K. Baerman*
                                                          Clerk of Court

LKB:lmp